# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re  Pantaleon Virginia Castro                          ,
Debtor

Case No. _____

Chapter  13

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 1 page, is true, correct and complete to the best of my knowledge.

Date  03/24/2010

Signature of Debtor  /s/ Virginia de Castro Pantaleon
VIRGINIA DE CASTRO PANTALEON

George Holland Jr., ESQ
HOLLAND LAW FIRM
1970 BROADWAY
SUITE 1030
OAKLAND, CA 94612
510-465-4100

Amex
Po Box 981537
El Paso, TX  79998

Bac Home Loans Servici
450 American St
Simi Valley, CA  93065

Bank Of America
Po Box 17054
Wilmington, DE  19850

Cap One
Po Box 85520
Richmond, VA  23285

Cap One Na
Pob 30281
Salt Lake City, UT  84130

Chase Auto
N54 W 13600 Woodale Dr
Mennomonee, WI  53051

Chase Na
Po Box 15298
Wilmington, DE  19850

Chase- Tjx
Po Box 15298
Wilmington, DE  19850

Citi
Pob 6241
Sioux Falls, SD  57117

Citifinancial Retail S
Po Box 22066
Tempe, AZ  85285

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE  19850

Downey Savings And Loan
3200 Bristol St
Costa Mesa, CA  92626

Dsnb Macys
9111 Duke Blvd
Mason, OH  45040

Gemb/gap
Po Box 981400
El Paso, TX  79998

Gemb/jewelry Accents D
Po Box 981439
El Paso, TX  79998

Gemb/lenscrafters
Po Box 981439
El Paso, TX  79998

Gemb/mervyns
Po Box 981400
El Paso, TX  79998

Gemb/old Navy
Po Box 981400
El Paso, TX  79998

Gemb/walmart
Po Box 981400
El Paso, TX  79998

Gmac Mortgage
3451 Hammond Ave
Waterloo, IA  50702

Gmac Mortgage
Po Box 780
Waterloo, IA  50704

Hsbc/bstby
Po Box 15519
Wilmington, DE  19850

Infibank
3490 Piedmont Rd
Atlanta, GA  30305

Kohls/chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI  53051

Nordstrom Fsb
Po Box 6565
Englewood, CO  80155

Onewest Bank
6900 Beatrice Dr
Kalamazoo, MI  49009

Sallie Mae
11100 Usa Parkway
Fishers, IN  46037

Sears/cbsd
Po Box 6189
Sioux Falls, SD  57117


Thd/cbsd
Po Box 6497
Sioux Falls, SD  57117


Toyota Motor Credit Co
440 E Huntington Dr Ste
Arcadia, CA  91006


Toyota Motor Credit Co
2600 Michelson Dr Ste 50
Irvine, CA  92612


Unvl/citi
Po Box 6241
Sioux Falls, SD  57117


Us Dept Of Education
Po Box 7202
Utica, NY  13504


Wfnnb/express Structur
4590 E Broad St
Columbus, OH  43213


Wfnnb/justice
555 W 112 Ave
Northglenn, CO  80234


Wfnnb/sporta
Po Box 2974
Shawnee Mission, KS  66201

```
Wfnnb/victorias Secret
220 W Schrock Rd
Westerville, OH   43081
```