Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, California 90014
Tel: (213) 689-3014    Fax: (213) 689-3055

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re: | ) Chapter 13 |
|---|---|
| | ) |
| | ) Case No. LA 10-21155 VK |
| | ) |
| Pantaleon, Virginia | ) **NOTICE OF RESCHEDULED §341(a)** |
| | ) **DEBTOR EXAMINATION** |
| | ) |
| | ) **Date:** **May 13, 2010** |
| | ) **Time:** **9:00 A.M.** |
| Debtor | ) Place: 725 S. Figueroa Street |
| | ) Room 103 |
| | ) Los Angeles, CA 90017 |
| | ) |

TO THE DEBTOR; DEBTOR'S ATTORNEY; OFFICE OF THE UNITED STATES TRUSTEE; AND ALL OTHER INTERESTED PARTIES:

Please take notice that the §341(a) debtor examination in the above-referenced matter has been rescheduled for the above, **date and time**.

DATED: May 3, 2010                                             /s/ Nancy Curry

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

Re:    Pantaleon, Virginia

Case No. LA 2-10-bk-21155 VK

I declare that I am over the age of 18 years and not a party to the within action; that I am employed by Nancy Curry, Chapter 13 Trustee; and that on May 3, 2010 I served the within **NOTICE OF RESCHEDULED §341(a) DEBTOR EXAMINATION** on all interested parties in this action by mail at the following addresses:

SEE ATTACHED MATRIX

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on May 3, 20010.

/s/ Elizet Cash

Label Matrix for local noticing
0973-2
Case 2:10-bk-21155-VK
Central District Of California
Los Angeles
Mon May 3 10:47:26 PDT 2010

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Amex
PO Box 981537
El Paso, TX 79998-1537

BAC Home Loan Servicing
450 American Street
Simi Valley, CA 93065-6285

Bank of America
PO Box 175054
Wilmingotn, DE 19850

CITI
PO Box 6241
Sioux Falls, SD 57117-6241

CITIFINANCIAL Retail
PO Box 22066
Tempe, AZ 85285-2066

Capital One
P.O. Box 85520
Richmond, VA 23285-5520

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

Chase TJX
PO Box 15298
Wilmingotn, DE 19850-5298

Chase Auto
N54 W 13600 Woodale Dr
Mennomenee, WI 53051-7026

Chase NA
PO Box 15298
Wilmingotn, DE 19850-5298

DSNB Macys
9111 Duke Blvd
Mason, OH 45040-8999

Discover Fin Svcvs LLC
PO Box 15316
Wilmingotn, DE 19850-5316

Downey Savings and Loan
3200 Bristol St
Costa Mesa, CA 92626-1808

GEMB/GAP
PO Box 981400
El Paso, TX 79998-1400

GEMB/GWalmart
PO Box 981400
El Paso, TX 79998-1400

GEMB/Jewelry Accents D
PO Box 981439
El Paso, TX 79998-1439

GEMB/Lenscraftedrs
PO Box 981439
El Paso, TX 79998-1439

GEMB/Mervyns
PO Box 981400
El Paso, TX 79998-1400

GEMB/Old Navy
PO Box 981400
El Paso, TX 79998-1400

GMAC Mortgage
PO Box 780
Waterloo, IA 50704-0780

George Holland Jr., ESQ
HOLLAND LAW FIRM
1970 Broadway, Suite 1030
OAKLAND, CA 94612-2222

HSBC/Bestbuy
PO Box 15519
Wilmingotn, DE 19850-5519

(p)INFIBANK NA
157 TECHNOLOGY PKWY
STE 900
NORCROSS GA 30092-2950

KOHLS/Chase
N56 W 17000 Ridgewood Dr
Menomenee Falls, WI 53051-7096

Nordstrom FSB
PO Box 6565
Engledwood, CO 80155-6565

Onewest Bank
6900 Beatrice Dr
Kalamazoo, MI 49009-9559

SEAR/cbsd
PO Box 6189
Sioux Falls, SD 57117-6189

Sallie Mae
11100USA Parkway
Fishers, IN 46037-9203

Tbd/CBSD
PO Box 6497
Sioux Falls, SD 57117-6497

Toyota Motor Credit Company
2600 Michelson Dr Ste 50
Irvine, CA 92612-1550

UNLV/Citi
PO Box 6241
Sioux Falls, SD 57117-6241

(p)U S DEPARTMENT OF EDUCATION
P O BOX 5609
GREENVILLE TX 75403-5609

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017-5524

WFNNB/Justice
555 W 112 Ave
Northglenn, CO 80234-3022

WFNNB/Sports
PO Box 2974
Shawnee Mission, KS 66201-1374

WFNNB/Victoria Secret
220 W Schrock Rd.
Westerville, OH 43081-2873

Young Sun Chang
P.O. Box 3076
Helendale, CA 92342-3076

George Holland Jr
Holland Law Firm
1970 Broadway Ste 1030
Oakland, CA 94612-2222

Nancy K Curry
606 South Olive Street, Suite 950
Los Angeles, CA 90014-1668

Virginia Pantaleon
1204 W Bridger St
Covina, CA 91722-3547

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Infibank
3490 Piedmont Road
Atlanta, GA 30305

US Dept of Education
PO Box 7202
Utica, NY 13504

End of Label Matrix
Mailable recipients    44
Bypassed recipients     0
Total                  44