# United States Bankruptcy Court
## Central District Of California

In re:
Virginia Pantaleon

CHAPTER NO.: 13

CASE NUMBER: 2:10-bk-21155-VK

DATE OF FILING: March 24, 2010

**FILED**

JUN - 2 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

**ENTERED**

JUN - 4 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

## CASE INITIATION ACTION NOTICE

To: Honorable Victoria S. Kaufman
From: Maria Alcala    Ext: 1319    Date: May 10, 2010

The attached document is being forwarded to you for your immediate attention due to the following:

☐ Involuntary Petition

☐ Non-individual debtor not represented by attorney

☐ Chapter 11 filing by debtor not represented by attorney

☐ Amendment to petition to add additional aliases (a/k/a, d/b/a)

☐ Hearing date within three (3) days from filing date

☐ Amendment to debtor's and/or co-debtor's Social Security Number (attach copy of originally filed document)

☐ Amendment to debtor's and/or co-debtor's name (attach copy of originally filed document)

☐ Attorney of record barred from practicing in the Central District

☐ Debtor with multiple cases pending that have not been dismissed:

   **Case No:** ___                          **Chapter** ___
   **Case No:** ___                          **Chapter** ___
                                             **Chapter** ___
   **Case No:** ___

☐ Chapter 7 debtor(s) received a discharge in a chapter 12 or 13 case filed within 6 years of the filing of pending case (11 U.S.C. 727(a)(9))
   **Prior Case No.** ___          **Chapter** ___          **Date of Filing:** ___

☐ Chapter 13 debtor(s) received a discharge in a case filed under chapter 7, 11 or 12 within 4 years of the filing of the pending case, or in a case filed under chapter 13 within 2 years of the filing of pending case (11 U.S.C. 1328(f))
   **Prior Case No.** ___          **Chapter** ___          **Date of Filing:** ___
   District and division, if other than CAC ___

☐ Request for waiver of Credit Counseling requirement (Exigent Circumstances)

☑ Debtor failed to file Copies of Payment Advices (Pay Stubs) within 45 days after the date of the filing of the petition

☑ Other: Debtor's Non-Compliance with Case Commencement Deficiency Notice.

*Please indicate your instructions and forward to your Courtroom Services team.*

☐ Process using routine procedures (no special action required)

☐ Prepare an Order to Show Cause re: Dismissal

☐ Dismiss with 180 day restriction

☑ Dismiss without 180 day restriction

☐ Dismiss pursuant to § 521(i)(1) [Clerk's Office to send BNC Notice re: Order and Notice of Dismissal for Failure to File Copies of Payment Advices (Pay Stubs)]

☐ Send a notice to the debtor that no discharge will be granted when otherwise ready to close the case

☐ Other: ___

**BY THE ORDER OF THE COURT:**

Dated: 6/2/10

**Honorable Victoria S. Kaufman**

Revised 11/09